| | | |
|---|---|---|
| JAMES JOSEPH JULUKE, JR., | ) | |
| an individual, | ) | |
| | ) | Case No.: 4:13-cv-00722-RAS-DDB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| INLAND AMERICAN PLANO | ) | |
| SUNCREEEK LIMITED PARTNERSHIP, | ) | |
| a Texas Limited Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, INLAND AMERICAN PLANO SUNCREEEK LIMITED PARTNERSHIP, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice. The parties further stipulate that each party shall be responsible for its own fees and costs.

Respectfully Submitted,

Respectfully Submitted,

*/s/ Seth Crosland*
Seth P. Crosland, Esq.
Texas Bar No. 24069551
seth@scroslandlaw.com
Crosland Law Firm
12225 Greenville Ave., Suite 700
Dallas, Texas 75246
Phone: (214) 810-5401
Fax: (214) 988-5794
*Attorney for Plaintiff*

Dated: 12/19/14

*/s/ Farrell A. Hochmuth*
Farrell A. Hochmuth, Esq.
Texas Bar No. 24041107
Email: fhochmuth@bakerlaw.com
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, TX 77002
Tel: (713) 751-1600
Fax: (713) 751-1717
*Attorney for Defendant*

Dated: 12/19/14

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2014, I electronically filed this foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Farrell A. Hochmuth, Esq. | Brian C. Blair |
| Baker & Hostetler LLP | Baker & Hostetler, LLP |
| 811 Main Street, Suite 1100 | 200 S. Orange Ave., Suite 2300 |
| Houston, TX 77002 | Orlando, FL 32801 |

By: */s/ Seth Crosland*
Seth Crosland, Esq.